# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC L. CHRISTIAN,<br><br>    Plaintiff,<br><br>v.<br><br>JASON FRIERSON, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01160-RFB-NJK<br><br>**ORDER**<br><br>(Docket Nos. 5, 9, 12, 13, 14) |

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.

Pursuant to § 1915(e), the Court must screen the Plaintiff's complaint prior to its filing and prior to it being served on any defendant. Federal courts are given the authority to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). As Plaintiff has been advised by the Court, this process can take several months. Docket No. 3 at 1.

Here, Plaintiff's application to proceed *in forma pauperis* has not yet been decided and his complaint has not yet been screened. *See* Docket. Therefore, Plaintiff's motions – which rely on his inaccurate contention that his complaint was filed and that Defendants have been served and have failed to respond – are properly **DENIED**. Docket Nos. 5, 9, 12, 13, 14.

IT IS SO ORDERED.

Dated: August 7, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge